Filed 8/1/24  P. v. Carroll CA2/6

**NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

SECOND APPELLATE DISTRICT

DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>ROBERT LEE CARROLL,<br><br>    Defendant and Appellant. | 2d Crim. No. B334489<br>(consolidated with<br>B334491, B334492,<br>B334493)<br>(Super. Ct. Nos.<br>21F-04890, 23F-07178,<br>23F-04884, 21F-06462)<br>(San Luis Obispo County) |

Robert Lee Carroll had four pending cases.  He entered into a global plea agreement resolving all four cases.

In case number B334489, Carroll pled no contest to a felony count of failing to annually update his registration as a sex offender.  (Pen. Code[1] § 290.012, subd. (a).)  He was placed on formal probation for two years.

In case number B334491, Carroll pled no contest to identity theft (§ 530.5, subd. (a)) and forgery of a drivers license (§ 470,

_____

[1] All statutory references are to the Penal Code unless otherwise indicated.

subd. (a)). The offenses were reduced to misdemeanors and he was sentenced to time served.

In case number B334492, Carroll pled no contest to vehicle theft (Veh. Code § 10851, subd. (a)). The offense was reduced to a misdemeanor and he was sentenced to time served.

In case number B334493, Carroll pled no contest to writing a check on insufficient funds. (§ 476a, subd. (a).) He was placed on probation for two years.

We agreed to consolidate the appeals.

We appointed counsel to represent Carroll in these appeals. After counsel's examination of the records, counsel filed an opening brief raising no issues.

On May 29, 2024, we advised Carroll by mail that he had 30 days within which to personally submit any contentions or issues that he wished to raise on appeal. We received no reply.

We reviewed the entire record and are satisfied that Carroll's attorney has fully complied with her responsibilities and that no arguable issue exists. (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment (order) is affirmed.

NOT TO BE PUBLISHED.

GILBERT, P. J.

We concur:

YEGAN, J.          CODY, J.

2

Teresa Estrada-Mullaney and Jesse J. Marino, Judges

Superior Court County of San Luis Obispo

_____

Teresa Biagini, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.